**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Newton    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number 23-MJ-8006-PGL
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Shawn Craig    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Newton, Massachusetts

Birth date (Yr only): 1985    SSN (last4#): 4400    Sex: M    Race: ____    Nationality: ____

**Defense Counsel if known:** _____    Address: _____

**Bar Number**: _____

**U.S. Attorney Information:**

AUSA: Kaitlin R. O'Donnell    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 10/26/2022

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Billerica    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/18/2023    Signature of AUSA: _/s/ Kaitlin R. O'Donnell_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g) | Felon in Possession of a Firearm and Ammunition | 1 |
| Set 2 | 21 U.S.C. § 841 | Possession with Intent to Distribute and Distribution of Controlled Substance (Cocaine) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____